### TOM HART v. THE STATE.

No. 3651.   Decided June 25, 1915.

**Local Option—Sufficiency of the Evidence.**

   Where, upon trial of a violation of the local option law, the evidence sustained a conviction, there was no reversible error.

Appeal from the County Court of Johnson.   Tried below before the Hon. B. Jay Jackson.

Appeal from a violation of the local option law; penalty, a fine of fifty dollars and thirty days in the county jail

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

HARPER, JUDGE.—Appellant was prosecuted and convicted of violating the prohibition law in Johnson County, Texas, from which judgment he prosecutes this appeal, the only assignment of error being that the evidence is insufficient to support the verdict.   S. Gordon swears positively to purchasing a bottle of whisky from appellant, and says he paid him for it.   It is true appellant denies making the sale, but this was a question for the jury.

The judgment is affirmed.

*Affirmed.*